UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

S & H GLAZER BROS., INC.,

                Plaintiff,

- against -

THE TRAVELERS INDEMNITY COMPANY,

                Defendant.
_____

Case No.: 11 CV3320 (JMA)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the above-entitled action be, and the same hereby is discontinued with prejudice, without costs or disbursements to any party against any other.

Dated: New York, New York
        March 15, 2012

GINSBURG & MISK

By: _____
    Gerard N. Misk, Esq. (GM-7428
215-48 Jamaica Avenue
Queens Village, New York 11428
(718) 468-0500
(347)464-0904 (fax)
Gmisk@GMLawyers.net
Attorneys for Plaintiff

LAZARE POTTER & GIACOVAS LLP

By: _____
    Andrew Premisler (AP-0811)
950 Third Avenue
New York, New York 10022
(212) 758-9300
Attorneys for Defendant
The Travelers Indemnity Company

So Ordered

s/JMA

4/14/12